IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

04 MAY 18  PM 1: 47

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| COURTNEY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 03-TMP-1780-W |
| | ) |
| DONAL CAMPBELL, Commissioner, | ) |
| Alabama Dept of Corrections, et. al., | ) |
| | ) |
| Defendants. | ) |

ENTERED

MAY 18 2004

## MEMORANDUM OF OPINION

On March 2, 2004, the magistrate judge filed a report and recommendation, recommending that the Eighth Amendment medical care and excessive force claims against defendants Campbell, Price, Estees, Carter, and Freeman, and all claims against all defendants in their official capacities be DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended that plaintiff's request for injunctive relief be DENIED or rendered MOOT, and plaintiff's motion to supplement the complaint be DENIED, except to the extent defendant Evens (also spelled Evans) was identified as one of the John Doe defendants. Finally, the magistrate judge recommended that the excessive force claims against defendants Bates, Evens/Evans, John Doe(s), and Jane Doe(s) be REFERRED to the magistrate judge for further proceedings. No objections have been filed.

On March 29, 2004, the magistrate judge filed a supplemental report and recommendation, recommending that the excessive force claims against defendants Wormley and Brewer also be REFERRED to the magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendations, the Court is of the opinion that the magistrate judge's

reports are due to be and are hereby ADOPTED and the magistrate judge's recommendations are ACCEPTED.

Accordingly, the Eighth Amendment medical care and excessive force claims against Campbell, Price, Estees, Carter, and Freeman, and all claims against all defendants in their official capacities are due to be DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). Further, plaintiff's request for injunctive relief is due to be DENIED, and plaintiff's motion to supplement the complaint is due to be DENIED, except to the extent defendant Evens (also spelled Evans) was identified as one of the John Doe defendants. Finally, the excessive force claims against defendants Bates, Evens/Evans, Wormley, Brewer, John Doe(s), and Jane Doe(s) are due to be REFERRED to the magistrate judge for further proceedings.

An appropriate Order will be entered.

DATED this 18th day of May, 2004.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE