FILED
 2005 Aug-23  PM 04:06
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7: 03-cv-1780-SLB-TMP |
| ) | |
| DONAL CAMPBELL, Commissioner, ) | |
| Alabama Dept of Corrections, et. al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by the plaintiff, Courtney Boyd. In his *pro se* complaint, plaintiff names sixteen (16) Alabama Department of Corrections Officers as defendants, and contends said defendants either subjected him to or failed to protect him from the use of excessive force in violation of his Eighth Amendment right to be free from cruel and unusual punishment. As compensation for the alleged constitutional violations, plaintiff seeks monetary relief. Plaintiff and defendants filed motions for summary judgment.

On July 22, 2005, the magistrate judge entered a report and recommendation, recommending that the motions for summary judgment filed by plaintiff and defendants be granted in part and denied in part. On August 9, 2005, plaintiff filed objections. (Doc. 79). Defendants filed no objections.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.

Accordingly, the Court finds that the motions for summary judgment filed by plaintiff and defendants are due to be GRANTED IN PART and DENIED IN PART as follows.  The motions for summary judgment filed by all defendants, with the exception of defendants Evans, Bates and Clark are due to be GRANTED, and judgment entered in their favor as a matter of law.  Moreover, the motions for summary judgment filed by plaintiff and defendants Evans, Bates and Clark are due to be DENIED.  In doing so, the Court EXPRESSLY FINDS that only the Eighth Amendment claims against defendants Bates, Evans and Clark show genuine disputed issues of material fact as to each and every element of said claims.

An appropriate order will be entered.

DATED this 23rd day of August, 2005.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE